UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| TODD A. MEYERS § | Case No. 15-82348 |
| § | |
| Debtor § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 258,892.12                          Assets Exempt: 303,322.03
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,409.49            Claims Discharged
                                                      Without Payment: 451,011.45

Total Expenses of Administration: 2,590.51

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 801,763.92 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,590.51 | 2,590.51 | 2,590.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,486.58 | 6,338.15 | 6,338.15 | 2,409.49 |
| **TOTAL DISBURSEMENTS** | $ 900,250.50 | $ 8,928.66 | $ 8,928.66 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 09/18/2015 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2016         By: /s/BERNARD J. NATALE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Household Goods and Furnishings | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank 200 N. Adams St Full Account No.:009420053328 Green Bay, WI 54301 | | 73,824.98 | NA | NA | 0.00 |
| | Fidelity Investments PO Box 770001 Cincinnati, OH 452770002 | | 22,917.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing PO Box 24781 Full Account No.:0687265668 West Palm Beach, FL 334164781 | | 304,139.93 | NA | NA | 0.00 |
| | Associated Bank | 4110-000 | 73,824.98 | 0.00 | 0.00 | 0.00 |
| | Ocwen Loan Servicing | 4110-000 | 304,139.93 | 0.00 | 0.00 | 0.00 |
| | Fidelity Investments | 4210-000 | 22,917.05 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 801,763.92 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 1,296.25 | 1,296.25 | 1,296.25 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 14.26 | 14.26 | 14.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,590.51 | $ 2,590.51 | $ 2,590.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA<br>Cardmember Services<br>Allied Interstate<br>PO Box 361445<br>Columbus, OH 43236 | | 32,705.34 | NA | NA | 0.00 |
| | Citi Cards<br>Full Account No.: 26550733;<br>Sioux Falls, SD 57117 | | 13,495.49 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 3,201.92 | 3,324.42 | 3,324.42 | 1,263.80 |
|  | Chase Bank USA | 7100-000 | 32,705.34 | 0.00 | 0.00 | 0.00 |
|  | CITI CARDS | 7100-000 | 13,495.49 | 0.00 | 0.00 | 0.00 |
| 1 | Discover Bank | 7100-000 | 2,883.00 | 3,013.73 | 3,013.73 | 1,145.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 98,486.58 | $ 6,338.15 | $ 6,338.15 | $ 2,409.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-82348 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | TODD A. MEYERS | | | | Date Filed (f) or Converted (c): | 09/18/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/15/2015 |
| For Period Ending: | 06/28/2016 | | | | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5330 Waters Bend Dr., Belvidere, IL 61008, Notes | 234,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 20.00 | 20.00 | | 0.00 | FA |
| 3. Wal-Mart Debit Card xxxx xxxx xxxx 1947 | 250.00 | 250.00 | | 0.00 | FA |
| 4. Household Goods and Furnishings | 12,000.00 | 8,303.00 | | 5,000.00 | FA |
| 5. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Household Sporting Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 7. Term Life Insurance through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 8. Bright Start 529 Plan | 7,398.38 | 0.00 | | 0.00 | FA |
| 9. Bright Start 529 Plan | 5,330.33 | 0.00 | | 0.00 | FA |
| 10. Consumer Energy Defined-Benefit Pension Plan | 0.00 | 0.00 | | 0.00 | FA |
| 11. FHN 403(B) | 197,138.30 | 0.00 | | 0.00 | FA |
| 12. Fidelity Investments, Brokerage Link | 109,395.00 | 0.00 | | 0.00 | FA |
| 13. Fidelity Investments, SURS SMP | 377.07 | 0.00 | | 0.00 | FA |
| 14. Credit Balance on Child Support Account | 452.07 | 452.07 | | 0.00 | FA |
| 15. 2002 Lexus LS 430 (192,000 Miles) | 5,756.00 | 1,053.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $572,517.15 | $10,278.07 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL REPORT SENT TO UST 4/8/2016

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2016

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-82348 | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- |
| Case Name: | TODD A. MEYERS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8160 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4193 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 06/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $4,980.00 | | $4,980.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 05/04/16 | 5001 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,720.00 |
| 05/04/16 | 5002 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $1,310.51 | $2,409.49 |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($1,296.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($14.26) | 3120-000 | | | |
| 05/04/16 | 5003 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 38.02 % per court order. | 7100-000 | | $1,145.69 | $1,263.80 |
| 05/04/16 | 5004 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 38.02 % per court order. | 7100-000 | | $1,263.80 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $4,980.00 | $4,980.00 |
| Less: Bank Transfers/CD's | $4,980.00 | $0.00 |
| Subtotal | $0.00 | $4,980.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,980.00 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $4,980.00 | $4,980.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-82348 | Trustee Name: BERNARD J. NATALE |
| Case Name: TODD A. MEYERS | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4193 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 06/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/16 | 4 | Law Offices of Henry Repay<br>Client Trust Account<br>405 1/2 S. State Street<br>Belvidere, IL  61008 | Compromise - Sale of Personal Property to Debtort | 1129-000 | $5,000.00 | | $5,000.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,990.00 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $10.00 | $4,980.00 |
| 02/24/16 | | Transfer to Acct # xxxxxx8160 | Transfer of Funds | 9999-000 | | $4,980.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,980.00 |
| Subtotal | $5,000.00 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $20.00 |

| | | |
|---|---|---|
| Page Subtotals: | $5,000.00 | $5,000.00 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66  - Checking Account | $5,000.00 | $20.00 | $0.00 |
| XXXXXX8160 - Checking | $0.00 | $4,980.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:                              $0.00                $0.00